**Affirmed and Opinion Filed September 27, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-18-00253-CR**
**No. 05-18-00254-CR**

**JOHNATHON RAMEY, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F17-35063-W, F17-35064-W**

## MEMORANDUM OPINION

Before Justices Bridges, Francis, and Lang-Miers
Opinion by Justice Francis

Johnathon Ramey waived a jury trial and pleaded guilty to two felony assault family violence offenses. After finding appellant guilty, the trial court assessed punishment at imprisonment for six years in each case. On appeal, appellant's attorney filed briefs in which he concludes the appeals are wholly frivolous and without merit. The briefs meet the requirements of *Anders v. California*, 386 U.S. 738 (1967). The briefs present a professional evaluation of the record showing why, in effect, there are no arguable grounds to advance. *See High v. State*, 573 S.W.2d 807, 812 (Tex. Crim. App. [Panel Op.] 1978) (determining whether brief meets requirements of *Anders*). Counsel delivered a copy of the briefs to appellant. We advised appellant of his right to file a pro se response, but he did not file a pro se response. *See Kelly v. State*, 436

S.W.3d 313, 319–21 (Tex. Crim. App. 2014) (noting appellant has right to file pro se response to *Anders* brief filed by counsel).

We have reviewed the record and counsel's briefs. *See Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005) (explaining appellate court's duty in *Anders* cases). We agree the appeals are frivolous and without merit. We find nothing in the record that might arguably support the appeals.

We affirm the trial court's judgments.

/Molly Francis/

MOLLY FRANCIS
JUSTICE

Do Not Publish
TEX. R. APP. P. 47
180253F.U05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

JOHNATHON RAMEY, Appellant

No. 05-18-00253-CR    V.

THE STATE OF TEXAS, Appellee

On Appeal from the 363rd Judicial District Court, Dallas County, Texas
Trial Court Cause No. F17-35063-W.
Opinion delivered by Justice Francis.
Justices Bridges and Lang-Miers participating.

Based on the Court's opinion of this date, the judgment of the trial court is **AFFIRMED**.

Judgment entered September 27, 2018.



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

JOHNATHON RAMEY, Appellant

No. 05-18-00254-CR        V.

THE STATE OF TEXAS, Appellee

On Appeal from the 363rd Judicial District Court, Dallas County, Texas
Trial Court Cause No. F17-35064-W.
Opinion delivered by Justice Francis.
Justices Bridges and Lang-Miers participating.

Based on the Court's opinion of this date, the judgment of the trial court is **AFFIRMED**.

Judgment entered September 27, 2018.

–4–